**ORDERED.**

**Dated: February 22, 2024**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

HR NORTH DALE MABRY, LLC,　　　　　Case No. 8:21-bk-01958-GER

　　Debtor.　　　　　　　　　　　　　　Chapter 11
_____/
HR NORTH DALE MABRY, LLC,
HR TAMPA BAY, LLC, and
CLAIRE CLEMENTS,

　　Plaintiffs,

vs.　　　　　　　　　　　　　　　　　Adversary No. 8:22-ap-00005-GER

DALE MABRY PROPERTIES, LLC,
DALE MABRY CROSSINGS, LLC,
CHARTER SCHOOL PROPERTIES, INC.,
and JOSEPH RAUENHORST,

　　Defendants.
_____/

**ORDER DISMISSING ADVERSARY PROCEEDING BASED
ON ORDER ENFORCING ORAL SETTLEMENT AGREEMENT**
(Doc. No. 389 in the main case)

This proceeding came on for consideration upon the Court's review of the docket in the main bankruptcy case after the Court's issuance of its *Order Granting Motion to: (1) Enforce Oral*

*Settlement Agreement, and (2) for Approval of Same Under Rule 9019 of the Bankruptcy Rules* (Doc. No. 389 in the main bankruptcy case), entered on November 17, 2023 ("Order Approving Settlement"). Based upon the entry of the Order Approving Settlement, the Court finds that this adversary proceeding should be dismissed. Accordingly, it is

**ORDERED** that this adversary proceeding is dismissed with prejudice.

# # #

Attorney Angelina E. Lim is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.